UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

In re:  Patricia Csezmadia                              Chapter 13

      Debtor                                                Case No.  19-70010

## OBJECTION TO CLAIM

The undersigned movant objects to the following claim for the reasons stated:

| Claim No. | Name and Address of Claimant | Amount | Objections |
|---|---|---|---|
| 1 | Cash Express, LLC<br>345 South Jefferson Ave., Ste. 300<br>Cookeville, TN 38501 | $394.07 | The transaction date listed in the proof of claim is December 6, 2013.  This case was filed on January 3, 2019.  Therefore, this claim should be barred by the statute of limitations because it is a written contract more than 5 years old. |

Wherefore, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection or make other determination as is appropriate.

I hereby certify that I have served on the claimant by first class mail to the person most recently designated on the claimant's original or amended proof of claim as the person to receive notices, at the address so indicated; and (i) if the objections to a claim of the United States, or any of its officers or agencies, in the manner provided for service of a summons and complaint by Rule 7004(b)(4) or (5) ; or (ii) if the objection is to a claim of an insured depository institution , in the manner provided by Rule 7004(h).

Date: December 19, 2023                                   */s/ Seth Allen*
                                                              Seth E. Allen (VSB# 90515)
                                                              Southwest Virginia Legal Aid Society
                                                              227 West Cherry Street
                                                              Marion, VA 24354
                                                              276.783.8300, ext. 2003
                                                              276.783.7411 (fax)
                                                              sallen@svlas.org
                                                              MOVANT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

**In re:  Patricia Csezmadia**                                                   **Chapter 13**

       **Debtor**                                                                       **Case No.  19-70010**

Last four digits of Social Security Number: 5387

**NOTICE OF OBJECTION TO CLAIM**

    Patricia Csezmadia has filed an objection to your claim Number **1** in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, then on or before **30 days from the date of this notice**, you or your lawyer must:

  File with the court a written response to the objection, explaining your position, at:

  U.S. Bankruptcy Court, 210 Church Ave., Room 200, Roanoke, VA 24011

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

   You must also send a copy to:

| | |
|---|---|
| Seth Allen | Christopher Micale, Chapter 13 Trustee |
| 227 West Cherry Street | 15 Salem Avenue, SE, Ste. 300 |
| Marion, VA 24354 | Roanoke, VA 24011 |

    Attend the hearing on the objection, scheduled to be held on **February 21, 2024**, at **10:30 a.m.** by Zoom video.  The link to join the video hearing is URL: https://vawb-uscourts-gov.zoomgov.com/j/16106051116.  The Meeting ID is: 161 0605 1116 and the password is: 0922.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: December 19, 2023                               */s/ Seth Allen*
                                                                     Seth E. Allen (VSB# 90515)
                                                                     Southwest Virginia Legal Aid Society
                                                                     227 West Cherry Street
                                                                     Marion, VA 24354